RECEIVED
FEB 21 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| MICHAEL BURNS | CIVIL ACTION NO. 13-3010 |
| VERSUS | JUDGE DEE D. DRELL |
| INTERNATIONAL PAPER COMPANY, et al. | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that the motion to remand (Doc. 14) is **GRANTED**.

IT IS FURTHER ORDERED the matter is remanded to the 9th Judicial District Court, Parish of Rapides, State of Louisiana.

THUS DONE AND SIGNED at Alexandria, Louisiana on this 21st day of February, 2014.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT